# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LELIA WHITE,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**CHINESE RESTAURANT, LOIS WINE, and DOES 1-15 INCLUSIVE,**<br><br>　　　　　　**Defendants.** | Case No. 16CV43<br><br>ORDER |

The parties in this action have provided the court with a Stipulation To Dismiss this action with prejudice after having resolved the matter among themselves by written agreement.

Having considered the matter and upon the parties submission of a Joint Stipulation for Dismissal with Prejudice

**IT IS ORDERED:**

This action is hereby dismissed with prejudice. Each party shall pay its/his/her own costs and attorney's fees.

Dated this 8th day of July, 2016.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge